UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAT VARON,

        Plaintiff,

v.

SHARON HAKMON.,

        Defendant.

18-Cv-4426 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

SIDNEY H. STEIN, U.S. District Judge.

The Court has received defendant's December 6, 2019 letter motion (ECF No. 54) requesting leave to depose six individuals or entities, including plaintiff Varon, based on amendments to plaintiff's complaint. (ECF No. 53.) Plaintiff's counsel objects solely to the requested deposition of Varon. (ECF No. 55.) IT IS HEREBY ORDERED that:

1. Defendant's motion for leave to conduct depositions of (1) Structural Engineering Technologies, P.C.; (2) N&S Soil and Concrete Testing or Nari Motwani; (3) AA Inspections & Building Services Inc. or Parbhunath Indardeo; (4) M.A.R. Design Services or Maqsood Ahmed Faruqi; and (5) Richard Ramkeesoon is granted.
2. Due to the concerns reflected by the Court on the record on November 22, 2019, defendant's motion for leave to re-depose plaintiff Varon is denied. *See* Fed. R. Civ. P. 26(c) ("The court may, for good cause issue an order to protect a party . . . from annoyance, embarrassment, oppression or undue burden or expense.").
3. If defendant intends to conduct those five depositions, he shall issue subpoenas to the deponents on or before January 31, 2020. The last day to take depositions shall be March 17, 2020.
4. Defendant is granted leave to retain a "geotechnical engineering expert who can inspect and report on the soil conditions." (ECF No. 54 at 2.) That report shall be served on defendant on or before March 17, 2020.
5. Plaintiff may depose defendant's "geotechnical engineering expert" on or before April 7, 2020.
6. There will be a pretrial conference in Courtroom 23A, 500 Pearl Street, New York, NY 10007 on March 19, 2020 at 11:00 a.m.

Dated: New York, New York
January 21, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.