USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| ANAT VARON, | : | 18-Cv-4426 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| SHARON HAKMON, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the uncertainty concerning the COVID-19 virus, the status conference scheduled for March 19, at 11:00 a.m., is adjourned to March 24, 2020, at 11:30 a.m.

Dated: New York, New York
March 12, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.