```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANAT VARON,                             :      18-Cv-4426 (SHS)

                Plaintiff,              :      ORDER
    -v-
                                        :
SHARON HAKMON,
                                        :
                Defendant.
------------------------------------------------------------x
```

SIDNEY H. STEIN, U.S.D.J.

A teleconference having been held on April 29, 2020, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. Defendant shall take the deposition of Mr. Faruqi on or before May 11, 2020. The deposition shall take place via video or telephone and shall last no more than five hours;

2. Defendant's request, pursuant to Fed. R. Civ. P. 19, to add three additional parties to this litigation—Mr. Surujnarine, Mr. Parehunegh, and AA Inspections & Building Services Inc.—is denied. *See Jerez v. Cooper Industries, Inc.*, No. 01 Civ.10119 NRB, 2003 WL 22126893, at *1 (S.D.N.Y. Sept. 12, 2003) ("Federal courts interpreting Rule 19(a) have made absolutely clear that it is not necessary for all joint tortfeasors to be named as defendants in a single lawsuit."); see also Moore's Federal Practice § 19.06[2];

3. The report of plaintiff's expert, Mr. Schwartz, is stricken as untimely. See *Softel, Inc. v. Dragon Medical and Scientific Communications, Inc.*, 118 F.3d 955, 961 (affirming magistrate judge and district judge's order to preclude expert reports submitted past discovery cutoff date); 4. The joint pretrial order, proposed jury charges, and, if the parties wish, proposed voir dire and any motions in limine, are due on or before August 17, 2020;

4. The joint pretrial order, proposed jury charges, and, if the parties wish, proposed voir dire and any motions in limine, are due on or before August 17, 2020;

5. Responses to any motions in limine are due on or before August 24, 2020; and

6. The trial of this action by a jury is scheduled for September 9, 2020, at 9:30 a.m.

Dated: New York, New York
April 30, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.