UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| ANAT VERON, | : | 18-Cv-4426 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| SHARON HAKMON, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court has received the parties' joint letter dated August 3, 2020 [Doc. No. 63], requesting an adjournment of the trial in this matter. Given the existence and the strength of the COVID-19 pandemic,

IT IS HEREBY ORDERED that:

1. The trial of this action is adjourned until February 8, 2021, at 9:30 a.m.;

2. The joint pretrial order, proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire*, are due on or before January 11, 2021;

3. Responses to any motions *in limine* are due by January 19, 2021; and

4. The Court does not intend to adjourn this trial until the conclusion of the insurance declaratory judgment action recently filed in the Southern District of New York. This case will proceed to trial on February 8, 2021, at 9:30 a.m.

Dated: New York, New York
       August 6, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.