UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANAT VARON,

            Plaintiff,

v.

SHARON HAKMON,

           Defendant.

18-Cv-4426 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held on May 27, 2021, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The trial currently scheduled to begin on June 28, 2021 is adjourned *sine die*.
2. This case will be submitted to the Court's Ad Hoc Committee on the Resumption of Jury Trials for a trial date in the fourth quarter of 2021.
3. The parties will attend court-annexed mediation per this Court's mediation referral order.
4. The deadlines for the joint pretrial order, proposed jury charges, proposed *voir dire*, and motions *in limine*, previously due by May 28, 2021, and for responses to motions *in limine*, previously due by June 4, 2021, are postponed *sine die*.

Dated: New York, New York
        May 28, 2021

SO ORDERED:

/s/ Sidney H. Stein

Sidney H. Stein, U.S.D.J.