UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

ANAT VARON,                                 :        18-Cv-4426 (SHS)

                  Plaintiff,         :

                                                ORDER

        -v-                              :

SHARON HAKMON,                           :

                  Defendant.        :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On May 28, 2021, the trial of this matter was adjourned *sine die*. On September 7, 2021, the final report of mediator was filed notifying the Court that the parties were unsuccessful in resolving this matter.

IT IS HEREBY ORDERED that:

1.      The joint pretrial order, proposed jury charges, any motions in limine, and, if the parties wish, proposed voir dire, are due on May 6, 2022;

2.      Responses to any motions are due by May 13, 2022;

2.      The final pretrial conference will take place on May 25, 2022, at 11:00 a.m. in Courtroom 23A;

2.      The trial of this matter will commence on June 6, 2022, at 9:30 a.m.; and

3.      The parties should be aware that although the Court is submitting the jury request for this trial to begin on June 6, 2022, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the second quarter of 2022. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       February 1, 2022

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.