UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANAT VARON,                                : 18-Cv-4426 (SHS)

          Plaintiff,            :

                                          ORDER
     -v-                                  :

SHARON HAKMON,                     :

          Defendant.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the trial of this matter will commence on June 7, 2022, at 9:30 a.m., in Courtroom 23A, and will continue day-to-day until completed.

Dated: New York, New York
          May 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.