UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANAT VARON,

                Plaintiff,

      v.

SHARON HAKMON,

                Defendant.

---

18-Cv-4426 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    A final pretrial conference having been held on May 25, 2022, with counsel for all parties participating and the Court having reviewed the April 12, 2018 letter from Jeffrey H. Zegen to Alan Merovitch,

    IT IS HEREBY ORDERED that the April 12, 2018 letter from Jeffrey H. Zegen to Alan Merovitch is not precluded from admission under Fed. R. Evid. 408.

Dated: New York, New York
       May 26, 2022

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.